# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, OFFICE OF THE ATTORNEY GENERAL AND PENNSYLVANIA STATE POLICE, | : | No. 27 WAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Respondents | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JACK O. EDMUNDSON, JR., $18,733.02 US CURRENCY AND ASSORTED ITEMS OF PERSONAL PROPERTY, | : | |
| | : | |
| | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.